**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Hopkins v. Olympus America, Inc.

Case Number: 1:26-cv-8098

An appearance is hereby filed by the undersigned as attorney for:

Denise Hopkins

Attorney name (type or print): William F. Cash III

Firm: Levin Papantonio

Street address: 316 S. Baylen Street #600

City/State/Zip: Pensacola FL 32502

Bar ID Number: 6330856
(See item 3 in instructions)

Telephone Number: 850-435-7059

Email Address: bcash@levinlaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's general bar? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9 July 2026

Attorney signature: S/ /s/ William F. Cash III
_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023