**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Denise Hopkins

                  Plaintiff,

v.                                    Case No.: 1:26–cv–08098

                                    Honorable Sunil R. Harjani

Olympus America Inc., et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 22, 2026:

      MINUTE entry before the Honorable Sunil R. Harjani: Motion to appear pro hac vice [6] is granted. Attorney James Caleb Cunningham for Denise Hopkins added. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.