Civil Action No. 1:26-cv-08098

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Olympus America, Inc.
was received by me on *(date)* 10/01/2026 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kendra Eden, Corporate Counsel , who is
designated by law to accept service of process on behalf of *(name of organization)* Olympus America, Inc.
______________________ on *(date)* 10/05/2026 ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/05/2026

Stephanie Kraft
*Server's signature*

Stephanie Kraft, Process Server
*Printed name and title*

3440 Lehigh St, #320, Allentown, PA 18103
*Server's address*

Additional information regarding attempted service, etc:

Service Address: 3500 Corporate Parkway, Center Valley, PA 18034

Documents Served: Summons in a Civil Action and Complaint

Time Served: 11:08 a.m.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| DENISE HOPKINS,<br><br>*Plaintiff(s)*<br>v.<br><br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, et al.<br>*Defendant(s)* | ) | Civil Action No. 1:26-cv-08098 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Olympus America, Inc.
c/o Corporation Services Company
2595 Interstate Dr. #103
Harrisburg, PA 17110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: William F. Cash III
J. Caleb Cunningham
Levin, Papantonio, Proctor, Buchanan, O'Brien, Bar & Mougey, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________
*Signature of Clerk or Deputy Clerk*