**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DENISE HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,<br><br>Defendants. | Case No. 1:26-cv-8098<br><br>Hon. Sunil R. Harjani |

**DEFENDANT OLYMPUS AMERICA INC.'S**
**NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Olympus America Inc. hereby states that Olympus Corporation of the Americas is the sole shareholder of Olympus America Inc.

Dated: October 22, 2026

*/s/ Daniel A. Spira*
Michelle A. Ramirez
Morgan Branch
Daniel A. Spira
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Email: michelle.ramirez@sidley.com
mbranch@sidley.com
dspira@sidley.com

Paul Boehm*
SIDLEY AUSTIN LLP
1501 K St NW #600,
Washington, DC 20005
Telephone: (202) 736-8000
Email: pboehm@sidley.com
**Pro hac vice application forthcoming*

*Attorneys for Defendants Olympus America, Inc., Olympus Corporation of the Americas, and Olympus Surgical Technologies America*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic notification system.

*/s/ Daniel A. Spira*