**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DENISE HOPKINS,<br><br>Plaintiffs,<br><br>v.<br><br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,<br><br>Defendants. | Case No. 1:26-cv-8098<br><br>Hon. Sunil R. Harjani |

**DEFENDANT OLYMPUS SURGICAL TECHNOLOGIES AMERICA'S**
**NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2 and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Gyrus ACMI, Inc. (d/b/a) Olympus Surgical Technologies America ("OSTA") hereby states that Olympus Corporation of the Americas is the sole shareholder of OSTA.

Dated: October 22, 2026

*/s/ Daniel A. Spira*

Michelle A. Ramirez
Morgan Branch
Daniel A. Spira
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Email: michelle.ramirez@sidley.com
mbranch@sidley.com
dspira@sidley.com

Paul Boehm*
SIDLEY AUSTIN LLP
1501 K St NW #600,
Washington, DC 20005
Telephone: (202) 736-8000
Email: pboehm@sidley.com
*Pro hac vice application forthcoming*

*Attorneys for Defendants Olympus America, Inc., Olympus Corporation of the Americas, and Olympus Surgical Technologies America*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2026, a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic notification system.

*/s/ Daniel A. Spira*