UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Denise Hopkins,<br>Plaintiffs,<br><br>v.<br>OLYMPUS AMERICA INC., OLYMPUS CORPORATION, OLYMPUS MEDICAL SYSTEMS CORP., OLYMPUS CORPORATION OF THE AMERICAS, OLYMPUS SURGICAL TECHNOLOGIES AMERICA, AIZU OLYMPUS CO. LTD, AOMORI OLYMPUS CO. LTD., SHIRAKAWA OLYMPUS CO. LTD.,<br><br>Defendants. | No. 1:26-cv-8098<br>Honorable Sunil R. Harjani |

**AGREED MOTION FOR EXTENSION OF TIME TO**
**RESPOND TO COMPLAINT AND FOR BRIEFING SCHEDULE**

Plaintiff Denise Hopkins, and Defendants Olympus America Inc. ("OAI"), Olympus Corporation of the Americas ("OCA"), and Gyrus ACMI, Inc. (d/b/a) Olympus Surgical Technologies America ("OSTA," and collectively with OAI and OCA, "Served Defendants"), by and through their respective counsel, jointly move for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint, and for a stipulated briefing schedule in response to any such motion. In support of this Agreed Motion, Plaintiff and the Served Defendants (collectively, the "parties") state as follows:

1. Plaintiff filed her Complaint in this action on July 9, 2026. ECF No. 1.

2. OCA and OAI were served with the Complaint on October 5, 2026, and OSTA was served with the Complaint on October 6, 2026. ECF Nos. 23-25. Accordingly, the deadline for OCA and OAI to respond to the Complaint is October 26, 2026, and the deadline for OSTA to respond to the Complaint is October 27, 2026. *Id*.

3. The remaining defendants are located outside of the United States and have not been served with the Complaint.

4. The parties have met and conferred on a schedule for the Served Defendants to answer, move, or otherwise respond to the Complaint, and for a briefing schedule in response to any such motion. Pursuant to that agreement, the parties respectfully request that the Court enter the following schedule:

a. Deadline for Served Defendants to answer, move, or otherwise respond to Complaint: **December 4, 2026**
b. Deadline for Plaintiff's Response: **January 29, 2026**
c. Deadline for Served Defendants' Reply: **February 12, 2026**

5. These agreed deadlines are sought by the parties in good faith and not for the purpose of delay, and no party will be prejudiced by the relief requested herein.

6. The parties have not previously sought any extensions to the responsive pleading and related briefing deadlines.

WHEREFORE, the parties respectfully request that this Court enter an order extending the deadlines for the Served Defendants to respond to Plaintiff's Complaint, and for the corresponding briefing deadlines set forth herein.

Dated: October 22, 2026

Respectfully submitted,

*/s/ James Caleb Cunningham*

William F. Cash, III (*admitted pro hac vice*)
James Caleb Cunningham (*admitted pro hac vice*)
LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
bcash@levinlaw.com
ccunnigham@levinlaw.com

*Attorneys for Plaintiff*

*/s/ Daniel A. Spira*

Michelle A. Ramirez
Morgan Branch
Daniel A. Spira
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
(312) 853-7000
michelle.ramirez@sidley.com
mbranch@sidley.com
dspira@sidley.com

Paul Boehm (*pro hac vice forthcoming*)
SIDLEY AUSTIN LLP
1501 K Street NW #600
Washington, D.C.
(202) 736-8000
pboehm@sidley.com

*Counsel for Defendants Olympus America Inc., Olympus Corporation of the Americas, and Gyrus ACMI, Inc. (d/b/a) Olympus Surgical Technologies America*