**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Denise Hopkins

Plaintiff,

v.

Case No.: 1:26−cv−08098
Honorable Sunil R. Harjani

Olympus America Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 23, 2026:

MINUTE entry before the Honorable Sunil R. Harjani: Agreed motion for extension of time to respond to complaint and for briefing schedule [30] is granted. By 12/4/2026, Defendants shall answer or otherwise plead. Plaintiff's response brief shall be due by 1/29/2027, and Defendants shall reply by 2/12/2027. The status hearing previously set for 12/2/2026 is stricken and a tracking status is set for 12/10/2026 at 9:15 a.m. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.